OPINION — AG — SHOULD THE BOARD OF COUNTY COMMISSIONERS OF OKMULGEE COUNTY DETERMINE THAT IT IS NO LONGER NECESSARY TO CONSTRUCT A BRIDGE ACROSS GREASY CREEK TO PROVIDE A WAY OF ACCESS FROM THE BEELINE TO THE PHILLIPS REFINERY, THEY MAY USE ROAD AND BRIDGE BOND PROCEEDS WHICH WOULD OTHERWISE BE SPENT ON SUCH BRIDGE TO BUILD A ROAD FROM THE BEELINE TO THE PHILLIPS REFINERY. CITE: 69 O.S. 1961 164 [69-164] 69 O.S. 1961 161 [69-161], ARTICLE X, SECTION 26 (JAMES FUNSON)